IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES CYRUS GILBERT III,<br><br>    Plaintiff,<br><br>v.<br><br>DOUGLAS J. MACGINNITIE,<br>in his individual and official capacity as<br>Commissioner of the Georgia Department of Revenue,<br>    Defendant. | Civil Action File<br>No. 1:13cv110-ODE |

**CONSENT MOTION FOR EXTNNESION OF TIME
TO RESPOND TO PARTIAL MOTION TO DISMISS**

Plaintiff moves, and Defendant consents, to a thirty (30) day extension of time (June 20, 2013) to file a response to Defendants' Partial Motion to Dismiss and to give the parties an additional window to attempt to finalize a resolution of this case.

Respectfully submitted this 15th day of May, 2013.

/s Cynthia Counts

_____
Cynthia L. Counts
Georgia Bar No. 190280

Counts Law Group
400 Colony Square, Suite 200

1201 Peachtree Street NE
Atlanta, Georgia 30361
Telephone: (404) 550-6233
Facsimile: (404) 521-4013
Email: ccounts@lawcounts.com

/s Gerald Weber
_____
Gerald Weber
Georgia Bar No. 744878

Law Offices of Gerry Weber, LLC
Post Office Box 5391
Atlanta, Georgia 31107
Phone: (404) 522-0507

Consented to by:
s/Cristina Correia
CRISTINA CORREIA
Georgia Bar No. 188620
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334-1300
(404) 463-8850
Fax:  (404)-651-5304
ccorreia@law.ga.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES CYRUS GILBERT, III | * |
| | * |
| Plaintiff, | * |
| | *    No. 1:13cv110-ODE |
| v. | * |
| | * |
| DOUGLAS J. MACGINNITIE, in his | * |
| individual and official capacity as | * |
| Commissioner of the Georgia Department | * |
| of Revenue, | * |
| | * |
| Defendants. | * |

**CERTIFICATE OF SERVICE**

Plaintiff hereby serves via the electronic filing system a copy of the Consent Motion for extension of time upon:

CRISTINA CORREIA
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334-1300
ccorreia@law.ga.gov

DATED: This the 15th day of April, 2013

/s Gerald Weber
_____
Gerald Weber
Georgia Bar No. 744878

- 3 -